UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID SPECTOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC. and VALEANT PHARMACEUTICALS INTERNATIONAL, INC.,<br><br>Defendants. | Case No.: 1:17-cv-9123<br><br>Judge: Richard J. Sullivan |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff hereby dismisses with prejudice all of his claims in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party will bear its/his own costs and attorneys' fees.

Dated: December 14, 2018

By: _/s/ Janine L. Pollack_
Janine L. Pollack
351 W.54th Street, Suite 1C
New York, NY 10019
Telephone: (212) 969-7810
Fax: (888) 749-7747
Email: pollackj@thesultzerlawgroup.com

Carl V. Malmstrom
**WOLF HALDENSTEIN
   ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Fax: (312) 214-3110
Email: malmstrom@whafh.com

1

Stephen P. DeNittis
Joseph Osefchen
Shane Prince
**DeNITTIS OSEFCHEN PRINCE, P.C.**
Five Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
Telephone: (856) 797-9951
Fax: (856) 797-9978
Email: sdenittis@denittislaw.com
Email: josefchen@denittislaw.com
Email: sprince@denittislaw.com

*Counsel for Plaintiff*